UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENEAL NELSON, | ) |
|         Plaintiff, | ) <br> ) No. 1:16-cv-05758 |
| v. | ) <br> ) Honorable Judge Gary Feinerman |
| MENARD, INC., | ) |
|         Defendant. | ) |

## JOINT STIPULATION REQUESTING DISMISSAL

**WHEREAS**, Plaintiff JENEAL NELSON ("NELSON") commenced the above-captioned litigation against Defendant MENARD, INC. ("MENARD"), by filing a Complaint in the Law Division of the Circuit Court of Cook County, Illinois, on March 14, 2016.

**WHEREAS**, on June 1, 2016, MENARDS filed its Notice of Removal pursuant to 28 U.S.C. §1332, §1441 and §1446, as this Court has jurisdiction over this case based on diversity of citizenship of the parties.

**WHEREAS,** on May 31, 2016, MENARD filed its Answer and Affirmative Defenses to the Complaint denying the validity of NELSON's claims; and

**WHEREAS**, the parties have reached an amicable resolution of their dispute; and

**WHEREAS**, the parties' resolution is embodied in the Parties' Full and Final Release of Litigated Claim;

**NOW**, **THEREFORE**, NELSON and MENARD, by and through their undersigned counsel, hereby jointly stipulate and request that the Court dismiss the complaint in this action with prejudice.

Respectfully submitted,

Dated: January 12, 2017

/s/ Martha J. Heiberger
Martha J. Heiberger
ARDC No. 6286373
Lewis Brisbois Bisgaard & Smith, LLP
550 W. Adams St., Suite 300
Chicago, IL 60661
P: (312) 345-1718
F: (312) 345-1778
E-Mail: martha.heiberger@lewisbrisbois.com
Attorneys for Defendant, Menard, Inc.

Dated: January 12, 2017

/s/ Ira M. Kleinmuntz
Ira M. Kleinmuntz
ARDC No. 6189595
Attorney & Counselor at Law
321 N. Clark St., Suite 500
Chicago, IL 60654
P: (312) 853-1100
F: (312) 853-1103
E-Mail: ira@kleinmuntzlaw.com
Attorneys for Plaintiff, Jeneal Nelson

### CERTIFICATE OF SERVICE

I, Martha J. Heiberger, an attorney, hereby certify that on January 13, 2017, I electronically transmitted the **Joint Stipulation Requesting Dismissal** to be served on all parties of record through the Court's CM/ECF system, which will send notification of such filing to all parties of record

/s/ Martha J. Heiberger